

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00100-CR

Edgar Javier **GONZALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 10-2321-CR
The Honorable William Old, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 26, 2015.

_____
Marialyn Barnard, Justice